*Edward D. Bassett and Edward L. Mitchell*, for defendant.

---

MARGARET DONNELLY *et al.* Appellants, *vs.* DAVID McNALLY *et al.*

One interested in an estate that is being settled in the probate court, and aggrieved by a decree confirming the report of commissioners allowing claims that are objected to, should appeal from said decree rather than from the judgment of the commissioners.

PROBATE APPEAL.    Heard on petition to dismiss the appeal.

*December* 29, 1896.    PER CURIAM.    We think that the appeal was properly taken from the decree of the Municipal Court confirming the report of the commissioners, rather than from the judgment of the commissioners, the provisions of Pub. Laws R. I. cap. 186, § 13, having been changed in this respect by Gen. Laws R. I. cap. 215, § 6.

The petition to dismiss is denied.

*Charles H. Page and Franklin P. Owen*, for appellants.

*Patrick J. McCarthy*, for appellees.